IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH KENNEDY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-1436** |
| | : | |
| **C&D ENTERPRISES, INC., et al.** | : | |

# O R D E R

**AND NOW, TO WIT:** this 15th day of June, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED**, with prejudice, pursuant to agreement of counsel.

MICHAEL E. KUNZ
Clerk

By: /s/ Patricia Feldman
_____
Deputy Clerk